# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts Southern
District of Texas
FILED
*09/13/22*
Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. C-22-1045M |
| Monique MAYS | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 12, 2022 in the county of Brooks in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Possession with the intent to distribute a controlled substance in Schedule II of the Controlled Substance Act of 1970, to wit; approximately 2.74 gross kilograms of cocaine |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

*Complainant's signature*

Ryan D. Boyce, Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P. 4.1, and probable cause found:

Date: September 13, 2022

*Judge's signature*

City and state: Corpus Christi, Texas

Julie K. Hampton, U.S. Magistrate Judge
*Printed name and title*

MAYS, Monique

## ATTACHMENT "A"

On September 12, 2022, Border Patrol Agent (BPA) Jason Rodriguez was working his assigned duties at the United States Border Patrol Checkpoint at the Falfurrias Border Patrol Station south of Falfurrias, Texas.  At approximately 4:50 p.m., BPA Rodriguez was conducting a bus check on a Greyhound passenger bus (# 64018) at the secondary inspection area.  During the process of BPA Rodriguez's immigration inspection, he encountered a passenger, later identified as Monique MAYS.  MAYS appeared to be visibly nervous during her encounter with BPA Rodriguez.  BPA Rodriguez noted that MAYS' overt nervousness caused him to ask MAYS for consent to further inspect the luggage that MAYS had onboard the Greyhound bus.

At this time, MAYS freely granted consent to search her two (2) bags, which were both covered with a long beach towel.  MAYS then opened her pink duffle bag for BPA Rodriguez.  As MAYS opened the pink duffle bag, MAYS stated that her friend in the Rio Grande Valley, Texas, packed some food for her and left it in the bag.  BPA Rodriguez then visibly observed a black plastic bag inside MAYS' pink duffle bag.  Inside this black plastic bag were three bundles.  Based on training and experience, BPA Rodriguez knew that these three bundles, which MAYS described as "food", were consistent with concealed narcotics wrapped in clear plastic cellophane.

At this point, BPA Rodriguez requested a canine handler to the Greyhound bus for further inspection of the pink duffle bag MAYS was in possession of.  MAYS and her two (2) carry-on bags [including the pink duffle bag] were escorted off the bus at this time.  BPA canine handler Steven Compton and his service canine then arrived near the bus and performed a free air sniff of both carry-on bags and the surrounding area.  BPA Compton advised that his service canine was alerting to the presence of narcotic odor emitting from the pink duffle bag.  Further inspection of the pink duffle bag resulted in the extraction of three total bundles, which were all wrapped in clear cellophane.  MAYS was subsequently arrested on-scene by Border Patrol.

The contents inside the clear cellophane was field-tested by Acting Supervisory BPA Cody Baily and identified as cocaine.  The gross weight of the suspected cocaine was 2.74 kilograms.

On the same date, Drug Enforcement Administration (DEA) Special Agent Ryan Boyce and Task Force Officer Jason Rhodes responded to the Falfurrias United States Border Patrol Checkpoint.  In a post-Miranda statement, MAYS admitted to knowingly attempting to smuggle cocaine on the Greyhound bus through the United States Border Patrol Checkpoint on September 12, 2022.

Still on the same date, Special Agent Ryan Boyce contacted Assistant United States Attorney (AUSA) Barbara De Pena who authorized federal prosecution of MAYS for Possession with Intent to Distribute Cocaine.

From the amount of tangible cocaine seized from MAYS on September 12, 2022; I infer that the cocaine was possessed with the intent to distribute.

*Ryan D. Boyce*
Ryan Boyce, Special Agent
Drug Enforcement Administration

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P. 4.1, and probable cause found:

Julie K. Hampton
United States Magistrate Judge